UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 20-cr-039-01-01 |
| VERSUS | JUDGE WALTER |
| DARREN B WILLIAMS (01) | MAGISTRATE JUDGE HORNSBY |

# O R D E R

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

It is hereby ordered, adjudged, and decreed that Defendant's guilty plea is accepted, and the court hereby adjudges Defendant guilty of the offense charged in Count 1 of the Indictment.

THUST DONE AND SIGNED in Shreveport, Louisiana, this 9th day of April, 2021.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE